Charles Fordjour
O0004258 - DMM637
885 North San Pedro Street
San Jose, CA 95110

February 04, 2008

Attn: Hon. Judge Maxine M. Chesney
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

4C

**FILED**
FEB X 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE:    C 07- 02111 MMC
       C 07- 01446 MMC
       C 07- 02981 MMC

Subject: "Emergency Motion and Request for Status on All pending Cases and for copy/copies of Any Court Orders issued to Any Federal Agencies"
"MY LIFE IS IN SERIOUS AND IMMINENT DANGER AT CDCR SYSTEM/ASP, Avenal"

Dear Hon. Judge Chesney:

Please be advised that I have submitted several Emergency motions and Request for Rulings in the above-entitled Cases with NO Response from the Court to date. For the Record, petitioner is currently at Santa Clara County facility on Remand from Sixth District Court of Appeals.

This Court has a mandate duty to Rule on petitioner's Writ, Emergency motions and all Related cases. Petitioner's Life is still in Imminent danger within the CDCR System/ASP, Avenal and can <u>Never</u> be returned to CDCR.

1 of 2                        (1)

According to Santa Clara County Facility Booking Records, petitioner <u>still has a CDCR Hold/Detainer</u> to return him to ASP, Avenal upon completion of his Court proceedings.

As a Matter of Law, petitioner is entitled to Redress and Relief including <u>immediate Release and Discharge</u> from CDCR System/ASP, Avenal if the Court will Rule on his petition for Writ of Habeas Corpus, which has been pending over Eight months and counting without a mandatory Order to Show Cause issued within 3 to 20 days. See 28 U.S.C. § 2243.

Further petitioner's petition was originally filed on 4/16/2007 and Amended on July 06, 2007 (Docket #5; C:07-02111 MMC) and this Court has statutory duty to Rule and Grant Petitioner Relief and Redress he is entitled to in the interest of Justice.

Petitioner's Life is still in ~~danger~~ and his issues are <u>Never moot</u> because petitioner is still suffering from the effects and subjected to collateral consequences of conspiracy to commit Murder, attempted Murder on Sally Bopek, False Imprisonment, Kidnapping, Entrapment; Torture, illegal Seizure and so forth.

Petitioner has <u>not</u> ~~been~~ served with Any Court Orders issued to Any Federal Agencies or any entity and therefore has no knowledge of any proceedings. Please Respond on Emergency Basis. Thank you

Respectfully — CHARLES FURSTENY - Petitioner

Charles Fordjour
0800-42258-SMM637
885 North San Pedro Street
San Jose, CA 95110

LEGAL MAIL !!!
EXTREMELY URGENT!
"CONFIDENTIAL"

Mailed: 02/04/2008

SAN JOSE CA 951
05 FEB 2008 PM 6 L

Attn: Hon. Judge Maxine M. Cherney
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

9410243651