ORIGINAL

1  CHARLES FORDJOUR
   08004258-DMM637
2  885 NORTH SAN PEDRO STREET
   SAN JOSE, CALIFORNIA 95110
3

   FILED
   08 FEB 20 PM 1:30
   [Clerk stamp] U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

4  PETITIONER/APPELLANT IN PRO PER

5             IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7  In re                          ) CASE NO.
                                  )
8  CHARLES FORDJOUR                ) "NOTICE OF APPEAL"
                                  ) "CRIMINAL COMPLAINT"
9                                  )
   APPELLANT                       ) United States District Court
10                                 ) Case No. C 07-2981 MMC
                                  )
11                                 )
                                  )
12 _____ )

13      NOTICE IS HEREBY given that In re Charles Fordjour,

14 Appellant in the above named case and docket, hereby appeal

15 to the United States Court of Appeal for the Ninth Circuit from

16 the final Court Order and Judgment entered on January 17, 2008

17 from a Criminal Complaint.

18      FURTHER APPELLANT SPECIFICALLY APPEALS ANY AND ALL COURT

19 ORDERS ISSUED IN THIS CASE IN ITS ENTIRETY BY THE UNITED STATES

20 DISTRICT COURT JUDGE MAXINE M. CHESNEY HENCEFORTH.

21

22 RESPECTFULLY SUBMITTED THIS 14TH DAY OF FEBRUARY, 2008.

23

24 BY: _____/s/_____

25      CHARLES FORDJOUR - APPELLANT IN PRO PER

26

27

28                           @
                            (1)

**CERTIFICATE OF SERVICE:**

Copy of the Foregoing "Notice of Appeal on Criminal Complaint" were mailed via United States Postal Service, postage prepaid by First Class mail on February 14, 2008 and pursuant to FRAP 25(a), Mailbox Rule and 28 U.S.C. § 1746 as follows:

(1) Attn: Richard H. Weare, Clerk
    The Clerk of the Court
    United States District Court
    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102

(2) Attn: Cathy A. Catterson, Clerk
    The Clerk of the Court
    United States Court of Appeals
    For the Ninth Circuit
    95 Seventh Street
    Post Office Box 193939
    San Francisco, California 94119-3939

(3) Attn: Kevin V. Ryan or Sucessor, - U.S. Attorney
    Office of the United States Attorney
    450 Golden Gate Avenue
    Post Office Box 36055
    San Francisco, California 94102
    (415) 436-7200
    Attorneys in Federal Criminal Procedure and -
Constitutionality Challenge

(4) Attn: Bill Lockyer or Successor - Attorney General
    Office of the California Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, California 94102
    (415) 703-5848
    Attorneys in State Criminal Procedures and -
    Constitutionality Challenge

/////

BY: _____

2

Charles Fordison
08004258-ANN0637
885 North San Pablo Street
San Jose, CA 95110

SAN JOSE CA 951
19 FEB 2008 PM 4 L

Att: Richard H. Weare Clerk
The Clerk of the Court
United States District
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Legal Mail

URGENT

CONFIDENTIAL

Mailed 02/14/2008