UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

February 21, 2008

**CASE INFORMATION:**
Short Case Title:  <u>IN RE: CHARLES FORDJOUR</u>-v- <u>IN RE: CHARLES FORDJOUR</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>Northern District: Judge Maxine M. Chesney</u>
Criminal and/or Civil Case No.:  <u>CV 07-02981 MMC</u>
Date Complaint/Indictment/Petition Filed: <u>06/07/07</u>
Date Appealed order/judgment *entered* <u>01/17/08</u>
Date NOA *filed* 02/20/08
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s) Name & Phone Number: <u>None</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                     Date Docket Fee Billed: <u>2/20/08</u>
Date FP granted:                           Date FP denied:
Is FP pending?  ☐ yes  ☐ no                                Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                         Appellee Counsel:



☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                               Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                   9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Alfred Amistoso</u> 415 522-2006