**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 20, 2008

Charles Fordjour
08004258-DMM637
885 North San Pedro Street
San Jose, CA 95110

SUBJECT:   Request for Payment of Docket Fee

**Title:  IN RE: CHARLES FORDJOUR -v- IN RE: CHARLES FORDJOUR**
**Case Number:        CV 07-02981 MMC**
**Court of Appeals Number:**

A notice of appeal was filed with this Court on 2/20/08 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by:  **Alfred Amistoso**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**