APPEAL, CLOSED, E-Filing, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-02981-MMC
## Internal Use Only

Fordjour v. California Department of Corrections et al
Assigned to: Hon. Maxine M. Chesney
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/07/2007
Date Terminated: 06/14/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Charles Fordjour**                    represented by    **Charles Fordjour**
                                                          08004258-DMM637
                                                          885 North San Pedro Street
                                                          San Jose, CA 95110
                                                          PRO SE

V.

**Defendant**

**California Department of Corrections**
*(CDCR)*

**Defendant**

**Warden Robert J. Ayers**

**Defendant**

**Officer Snider**

**Defendant**

**Officer Fipps**

**Defendant**

**Officer F. McNeal**

**Defendant**

**Sergeant Byrd**

**Defendant**

**Sergeant Howard**

**Defendant**

**Officer Johnson**

**Defendant**

**Sergeant Bradford**

**Defendant**

**Sergeant Barnes**

**Defendant**

**Sergeant Young**

**Defendant**

**Lieutenant Munoz**

**Defendant**

**Lieutenant Taylor**

**Defendant**

**Lieutenant Harley**

**Defendant**

**Sergeant Kis**

**Defendant**

**Captain Donahue**

**Defendant**

**Captain Lawrence**

**Defendant**

**San Quentin State Prison**

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 06/07/2007 | 1 | COMPLAINT PURSUANT TO 42 U.S.C. 241 AND 242 AND 28 U.S.C. 241 AND 242 (NO PROCESS): (IFP PENDING) against Johnson, Bradford, Barnes, Young, Munoz, Taylor, Harley, Kis, Donahue, Lawrence, San Quentin State Prison, California Department of Corrections, Robert J. Ayers, Snider, Fipps, F. McNeal, Byrd, Howard. Filed byCharles Fordjour. (aaa, Court Staff) (Filed on 6/7/2007) (Entered: 06/08/2007) |
| 06/07/2007 | 2 | Letter from Clerk requesting a signed and completed IFP application or filing fee of $350.00. (aaa, Court Staff) (Filed on 6/7/2007) (Entered: 06/08/2007) |
| 06/07/2007 |  | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on |

| | | |
|---|---|---|
| | | 6/7/2007) (Entered: 06/08/2007) |
| 06/14/2007 | 3 | ORDER OF DISMISSAL. Signed by Judge Maxine M. Chesney on June 14, 2007. (mmcsec, COURT STAFF) (Filed on 6/14/2007) (Entered: 06/14/2007) |
| 06/15/2007 | 4 | JUDGMENT: DECISION BY COURT in favor of Defendant(s) against Plaintiff(s). IT IS SO ORDERED AND ADJUDGED the above-titled action is hereby DISMISSED for failure to state a cognizable claim for relief. Said dismissal is without prejudice to petitioner's reporting his concerns to any state of federal law enforcement agency or office. In light of the dismissal, no fee is due. (aaa, Court Staff) (Filed on 6/15/2007) (Entered: 06/19/2007) |
| 06/22/2007 | 5 | EMERGENCY MOTION for Reconsideration AND FURTHER MOTION to VACATE AND Set Aside COURT ORDER #3, #4, PURSUANT TO F.R.C.P. RULE 59(e), RULE 60 (a)(b)(c) filed by Charles Fordjour. (aaa, Court Staff) (Filed on 6/22/2007) (Entered: 06/22/2007) |
| 06/26/2007 | 6 | EMERGENCY MOTION FOR A COURT ORDER TO TRANSFER PETITIONER TO FEDERAL CUSTODY DUE TO IMMINENT DANGER TO LIFE filed by Charles Fordjour. (aaa, Court Staff) (Filed on 6/26/2007) (Entered: 06/27/2007) |
| 07/06/2007 | 7 | Prisoner Trust Fund Account Statement by Charles Fordjour. (aaa, Court Staff) (Filed on 7/6/2007) (Entered: 07/10/2007) |
| 07/13/2007 | 8 | Letter dated 07/09/07: from Charles Fordjour re emergency request for copies. (aaa, Court Staff) (Filed on 7/13/2007) (Entered: 07/16/2007) |
| 09/13/2007 | 9 | LETTER from Plaintiff to Clerk dated 9/9/07 requesting docket sheet. (far, COURT STAFF) (Filed on 9/13/2007) (Entered: 09/17/2007) |
| 10/01/2007 | 10 | Letter dated 9/25/07: from Charles Fordjour re request for copies. (aaa, Court Staff) (Filed on 10/1/2007) (Entered: 10/02/2007) |
| 10/24/2007 | 11 | Letter dated 10/19/07: from Charles Fordjour re request for change of address and case status. (aaa, Court Staff) (Filed on 10/24/2007) (Entered: 10/26/2007) |
| 11/28/2007 | 12 | Letter from Plaintiff to Judge Chesney dated 11/21/07. (far, COURT STAFF) (Filed on 11/28/2007) (Entered: 11/30/2007) |
| 01/17/2008 | 13 | ORDER DENYING 5 MOTION FOR RECONSIDERATION AND 6 MOTION FOR EMERGENCY TRANSFER. Signed by Judge Maxine M. Chesney on January 17, 2008. (mmcsec, COURT STAFF) (Filed on 1/17/2008) (Additional attachment(s) added on 2/11/2008: # 1 Certificate of Service - Order re-sent to plaintiff on 2/11/08) (tl, COURT STAFF). (Entered: 01/17/2008) |
| 01/23/2008 | 14 | Letter dated 01/21/08: from Charles Fordjour re request for case status and copies. (aaa, Court Staff) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| | | |

| 01/28/2008 | 15 | Mail sent to Charles Fordjour returned as undeliverable re 13 Order on Motion for Reconsideration, Order on Motion to Set Aside, Order on Motion for Miscellaneous Relief. (aaa, Court Staff) (Filed on 1/28/2008) (Entered: 01/29/2008) |
| --- | --- | --- |
| 02/06/2008 | 16 | Letter dated 02/04/08: from Charles Fordjour re emergency motion regarding request for copies. (aaa, Court Staff) (Filed on 2/6/2008) (Entered: 02/07/2008) |
| 02/20/2008 | 17 | NOTICE OF APPEAL as to 13 Order on Motion for Reconsideration,, Order on Motion to Set Aside, Order on Motion for Miscellaneous Relief, by Charles Fordjour. (aaa, Court Staff) (Filed on 2/20/2008) Modified on 2/21/2008 (aaa, Court Staff). Change of address on postal envelope (Entered: 02/21/2008) |
| 02/20/2008 | 18 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 17 Notice of Appeal (aaa, Court Staff) (Filed on 2/20/2008) (aaa, Court Staff). (Entered: 02/21/2008) |
| 02/20/2008 | 19 | Mailed request for payment of docket fee to appellant (cc to USCA) Re 17 Notice of Appeal (aaa, Court Staff) (Filed on 2/20/2008) (Entered: 02/21/2008) |
| 02/20/2008 | 20 | Certificate of Record Mailed to USCA re appeal and to Petitioner 17 Notice of Appeal, : (aaa, Court Staff) (Filed on 2/20/2008) (Entered: 02/21/2008) |
| 02/20/2008 | 21 | Copy of 17 Notice of Appeal and Docket sheet mailed to all counsel with out an e-mail address and to the Ninth Circuit Court of Appeals (aaa, Court Staff) (Filed on 2/20/2008) (Entered: 02/21/2008) |