ORIGINAL

FILED
08 APR -7 PM 5:06

```
 1  CHARLES FORDJOUR
    08004258-DMM637
 2  885 NORTH SAN PEDRO STREET
    SAN JOSE, CALIFORNIA 95110
 3  TEL. NO. (408) 808-4900/2800

 4  PETITIONER/APPELLANT IN PRO PER

 5              IN THE UNITED STATES DISTRICT COURT

 6          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

 7

 8  CHARLES FORDJOUR,              ) CASE NO. 3:07-cv-02981-MMC
                                   )
 9       Petitioner/Appellant,     )
                                   ) "NOTICE OF MOTION OF FILING
10                                 )  IN FORMA PAUPERIS APPLICATION
         vs.                       )  IN THE NINTH CIRCUIT FOR WAIVER
11                                 )  OF APPEAL FEES PURSUANT TO
    CALIFORNIA DEPARTMENT OF CORR. )  FRAP RULES AND CIRCUIT RULES"
12  AND REHABILITATION (CDCR);     )
    WARDEN ROBERT J. AYERS, SQSP;  ) "CRIMINAL COMPLAINT"
13  CDCR OFFICER SNIDER ;          )
14  CDCR OFFICER FITTS ;           )
    CDCR OFFICER F. McNeal ;       ) (Assigned to Honorable
15          ET AL.;                )  Judge Maxine M. Chesney )
                                   )
16       Respondents/Appellees.    )
                                   )
17  _____)
```

PURSUANT TO FRAP RULES AND NINTH CIRCUIT RULES, Appellant Fordjour hereby gives Notice to the Court, Clerk of the Court , Finance Department of the United States District Court, - Northern District of California and all parties in this pending Appeal that Petitioner and Appellant has petition the Ninth Circuit Court of Appeals for Waiver of the Appeal fees $455.00 pursuant to In Forma Pauperis Application.(see Exhibit "A"-Notice)

GOOD CAUSE EXISTS, due to the fact that Petitioner and Appellant Fordjour is Indigent and statutory entitled to Redress and Relief in this pending case and on Appeal as a Matter of Law to prevent Miscarriage of Justice at all times.

1

RESPECTFULLY SUBMITTED THIS 29TH DAY OF MARCH, 2008

BY: _____

CHARLES FORDJOUR - PETITIONER/APPELLANT IN PRO PER

### CERTIFICATE OF SERVICE:

Copy of the Foregoing "Notice of Motion for In Forma Pauperis Application in the Ninth Circuit for Criminal Complaint" were mailed via United States Postal Service, postage prepaid by First Class Mail on April 02, 2008 and pursuant to FRAP 25(a), MailBox Rules and 28 U.S.C. § 1746 as follows:

(1) Attn: Richard H. Weare, Clerk
        The Clerk of the Court
        United States District Court
        Northern District of California
        450 Golden Gate Avenue
        San Francisco, California 94102

(2) Attn: Cathy A. Catterson, Clerk
        The Clerk of the Court
        United States Court of Appeals
        For the Ninth Circuit
        95 Seventh Street
        Post Office Box 193939
        San Francisco, California 94119-3939

(3) Attn: Scott N. Schools - United States Attorney
        Office of the United States Attorney
        450 Golden Gate Avenue
        Post Office Box 36055
        San Francisco, California 94102
        (415) 436-7200
        Attorneys in Federal Criminal Procedure and -
        Constitutionality challenges pursuant to 28 U.S.C.
        § 2403(a)(b); FRAP 44 ; Rule 5.1, F.R.C.P;

(4) Attn: Jerry Brown - California Attorney General
        Office of the California Attorney General
        455 Golden Gate Avenue, Suite 11000
        San Francisco, California 94102
        (415) 703-5848
        Attorneys in State Criminal Procedures and -
        Constitutionality Challenges pursuant to 28 U.S.C.
        § 2403(a)(b); FRAP 44 ; Rule 5.1, F.R.C.P.;

////                                BY: _____

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE - APPEAL FEE PAYMENT DUE

Charles Fordjour
08004258-DMM637
885 North San Pedro Street
San Jose, CA 95110

**Notice Date**
03/25/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied for your appeal and the filing fee is now due.

*This fee is due for the appeal you filed on 2/20/2008 in the following case:*

**Case Title: Fordjour v. California Department of Corrections et al**

| Case Number | Appeal Filing Date | Fee Due Date | Amount owed for this Appeal |
|---|---|---|---|
| 3:07-cv-02981-MMC | 2/20/2008 | 2/20/2008 | $455.00 |

Please immediately send a check for $455.00 to the following address:

United States District Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $455.00**

885 North First Street
San Jose, California 95112

April 02, 2008

LATE MAIL !!!
"EXTREMELY URGENT"
"CONFIDENTIAL"

Attn: Richard W. Wieking, Clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
CA 94102