

UNITED STATES POSTAGE
02 1A $
0004329882
MAILED FROM ZIP C



MMC

FILED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
APR 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles Fordjour
08004258-DMM637
885 North San Pedro Street
San Jose, CA 95110

RETURN TO SENDER
NOT IN CUSTODY



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CHARLES FORDJOUR
08004258-DMM637
885 NORTH SAN PEDRO STREET
SAN JOSE, CALIFORNIA 95110
TEL. NO. (408) 808-4900/2800

PETITIONER/APPELLANT IN PRO PER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, <br><br> Petitioner/Appellant, <br><br> VS. <br><br> CALIFORNIA DEPARTMENT OF CORR. AND REHABILITATION (CDCR); <br> WARDEN ROBERT J. AYERS, SQSP; <br> CDCR OFFICER SNIDER ; <br> CDCR OFFICER FITTS ; <br> CDCR OFFICER F. McNeal ; <br> ET AL.; <br><br> Respondents/Appellees. | CASE NO. 3:07-cv-02981-MMC <br><br> "NOTICE OF MOTION OF FILING IN FORMA PAUPERIS APPLICATION IN THE NINTH CIRCUIT FOR WAIVER OF APPEAL FEES PURSUANT TO FRAP RULES AND CIRCUIT RULES" <br><br> "CRIMINAL COMPLAINT" <br><br> (Assigned to Honorable Judge Maxine M. Chesney ) |

PURSUANT TO FRAP RULES AND NINTH CIRCUIT RULES, Appellant Fordjour hereby gives Notice to the Court, Clerk of the Court , Finance Department of the United States District Court, - Northern District of California and all parties in this pending Appeal that Petitioner and Appellant has petition the Ninth Circuit Court of Appeals for Waiver of the Appeal fees $455.00 pursuant to In Forma Pauperis Application.(see Exhibit "A"-Notice)

GOOD CAUSE EXISTS, due to the fact that Petitioner and Appellant Fordjour is Indigent and statutory entitled to Redress and Relief in this pending case and on Appeal as a Matter of Law to prevent Miscarriage of Justice at all times.

RESPECTFULLY SUBMITTED THIS 29TH DAY OF MARCH, 2008

BY: _____

CHARLES FORDJOUR - PETITIONER/APPELLANT IN PRO PER

## CERTIFICATE OF SERVICE:

Copy of the Foregoing "Notice of Motion for In Forma Pauperis Application in the Ninth Circuit for Criminal Complaint" were mailed via United States Postal Service, postage prepaid by First Class Mail on April 02, 2008 and pursuant to FRAP 25(a), MailBox Rules and 28 U.S.C. § 1746 as follows:

(1) Attn: Richard H. Weare, Clerk
         The Clerk of the Court
         United States District Court
         Northern District of California
         450 Golden Gate Avenue
         San Francisco, California 94102

(2) Attn: Cathy A. Catterson, Clerk
         The Clerk of the Court
         United States Court of Appeals
         For the Ninth Circuit
         95 Seventh Street
         Post Office Box 193939
         San Francisco, California 94119-3939

(3) Attn: Scott N. Schools - United States Attorney
         Office of the United States Attorney
         450 Golden Gate Avenue
         Post Office Box 36055
         San Francisco, California 94102
         (415) 436-7200
         Attorneys in Federal Criminal Procedure and -
         Constitutionality challenges pursuant to 28 U.S.C.
         § 2403(a)(b); FRAP 44 ; Rule 5.1, F.R.C.P;

(4) Attn: Jerry Brown - California Attorney General
         Office of the California Attorney General
         455 Golden Gate Avenue, Suite 11000
         San Francisco, California 94102
         (415) 703-5848
         Attorneys in State Criminal Procedures and -
         Constitutionality Challenges pursuant to 28 U.S.C.
         § 2403(a)(b); FRAP 44 ; Rule 5.1, F.R.C.P.;

////

BY: _____

2

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# FIRST NOTICE - APPEAL FEE PAYMENT DUE

Charles Fordjour
08004258-DMM637
885 North San Pedro Street
San Jose, CA 95110

**Notice Date**
03/25/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied for your appeal and the filing fee is now due.

*This fee is due for the appeal you filed on 2/20/2008 in the following case:*

**Case Title: Fordjour v. California Department of Corrections et al**

| Case Number | Appeal Filing Date | Fee Due Date | Amount owed for this Appeal |
|---|---|---|---|
| 3:07-cv-02981-MMC | 2/20/2008 | 2/20/2008 | $455.00 |

Please immediately send a check for $455.00 to the following address:

**United States District Court**
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.   Total amount due: $455.00**



CHARLES FORDJOUR
08004258-DMM637
885 NORTH SAN PEDRO STREET
SAN JOSE, CALIFORNIA 95110

PETITIONER/APPELLANT IN PRO PER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | CASE NO. C 07-2111 MMC |
| Petitioner/Appellant, | |
| VS. | "EMERGENCY MOTION FOR THIRTY (30) DAYS EXTENSION OF TIME TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS" |
| LAURIE SMITH,- SC SHERIFF; JAMES HARTLEY, WARDEN, ASP,CA ROBERT A. AYERS, WARDEN, SQSP, BOARD OF PAROLE HEARING (BPH), STATE OF CALIFORNIA; CALIFORNIA DEPARTMENT OF - CORRECTIONS & REHABILITATION; ET AL., Respondents/Appellees | (ASSIGNED TO HOONORABLE MAXINE M. CHESNEY) *"MOTION FOR LEAVE TO FILE"* |

PURSUANT TO LOCAL RULES OF COURT, RULES GOVERNING SECTION 28 U.S.C. § 2254 AND FEDERAL RULES OF CIVIL PROCEDURE, Petitioner and Appellant Fordjour moves, requests, and motions for Emergency Thirty (30) Days Extension of Time to file Second Amended - Petition for Writ of Habeas Corpus.

GOOD CAUSE EXISTS, due to the fact that Petitioner and Appellant was transferred to Santa Clara County Superior Court for Trial Proceedings on Remand from Sixth District Court of Appeals. Petitioner did not receive the court order dated and filed on January 17, 2008 until February 13, 2008 and therefore requires an extension to be able to comply with said Court Order henceforth.

1

WHEREFORE, Petitioner and Appellant prays that in Good Faith and in the Interest of Justice his Emergency Motion for thirty (30) days extension be granted to prevent miscarriage of justice at all times.

Further this court should grant any other relief that Petitioner and Appellant is entitled to as Law and Justice Requires and in the interest of Comity including in futherance of justice.

RESPECTFULLY SUBMITTED THIS 14TH DAY OF FEBRUARY, 2008.

BY: _____

**CHARLES FORDJOUR - PETITIONER/APPELLANT IN PRO PER**

### CERTIFICTATE OF SERVICE:

Copy of the Foregoing "Emergency Motion for Thirty (30) Days Extension to file Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254" were mailed via United States Postal Service, postage prepaid by First Class Mail on February 14, 2008 and pursuant to FRAP 25(a), Mailbox Rule, and 28 U.S.C. § 1746 as follows:

(1) Attn: Richard H. Weare, Clerk
    United States District Court
    Northern District of California
    450 Golden Gate Avenue
    San Francisco, California 94102

(2) Attn: Office of the California Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, California 94102-3664

//////

BY: _____

2