FILED

UNITED STATES COURT OF APPEALS    APR 17 2008

FOR THE NINTH CIRCUIT    MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: CHARLES ASARE FORDJOUR, | No. 04-80009 |
| | D.C. No. CV-07-2981-MMC |
| | Northern District of California |
| Respondent. | San Francisco |
| | ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed February 20, 2008 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

A copy of this order served on the district court for the Northern District of California shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

SVG/Pro Se

BCC Email Recipients:
 NDA, Case Closing Dktg

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 04/17/2008 at 10:07:52 AM PDT and filed on 04/17/2008

| | |
|---|---|
| **Case Name:** | Fordjour, et al |
| **Case Number:** | 04-80009 |
| **Document(s):** | Document(s) |

**Docket Text:**
Order filed (BETTY BINNS FLETCHER, RAYMOND C. FISHER and RICHARD A. PAEZ): Because
the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. A
copy of this order served on the district court for the Northern District of California shall constitute the
mandate of this court. No motions for reconsideration......[Other;Procedural termination after other
judicial action; ]

The following document(s) are associated with this transaction:
**Document Description:**Dispositive Order Filed
**Original Filename:**04-80009.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=04/17/2008] [FileNumber=6504841-0]
[88dc1bf16a7f7cd27caed888e50d98c6220af093b5e2582798575e8e8a787f029e727cdef7701bc3410af2c9

**Notice will be mailed to:**

Fordjour, Charles Asare
885 North San Pedro St.
San Jose, CA 95110

USDC, San Jose
Northern District of California (San Jose)
280 S. First Street
San Jose, CA 95113-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6504841
**RELIEF(S) DOCKETED:**
 DISMISSED
**DOCKET PART(S) ADDED:** 5583741, 5583742