**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

April 23, 2008

CASE NUMBER:   **CV 07-02981 MMC**
CASE TITLE:    **IN RE: CHARLES FORDJOUR-v- IN RE: CHARLES FORDJOUR**
DATE MANDATE FILED:   4/23/08

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

     Sincerely,

     RICHARD W. WIEKING, Clerk

     *[signature]*

     by:  Alfred Amistoso
     Case Systems Administrator

Distribution:   CIVIL        -    Counsel of Record

              CRIMINAL    -    Counsel of Record
                                 U.S. Marshal (Copy of Mandate)
                                 U.S. Probation Office

NDC App-16