Charles Forjour
37666 - B6 B80
Kings County Sheriff
P.O. Box 1699
Hanford CA 93230

April 22, 2008

Attn: Richard W. Wieking, Clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: (1) Forjour v. Robert L. Ayers et al
Case No. C07-02111 MMC

(2) Forjour v. Ayers, et al
Case No. C07-02981 MMC

(3) Forjour et al. V. Washington Mutual et al
Case No. C07-01446 MMC

Dear Clerk:

Please be advised that I was snatched from Santa Clara County Facility to NKSP/Delano then to PBSP Prison while my case is still pending Remand for new trial, to Santa Clara. Subsequently on April 15, 2008 I was transferred to Kings County Jail in violation of my constitutional rights. For the record I have NOT received any court order since from March 2008 to the present. Please send me the complete docket sheets in ALL Above cases including any and ALL court orders to date. Your office prompt response will be greatly appreciated. Thank you.

Respectfully, Charles Forjour — CHARLES FORJOUR — Petitioner in Pro Per

Charles Fortson
37666-B6 B90
Kings County Jail
P.O. Box 1640
Hanford, CA 93232

LEgal mail
pre-paid / private
**LEGAL MAIL**
CONFIDENTIAL !!

Mailed: April 23, 2008

BAKERSFIELD CA 933
MOJAVE CA
23 APR 2008 PM 1 L

Attn: Richard W. Wieking, Clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

941024+3461