Caution: 2nd Request with No Response. All my mails are been obstructed and deprived. Please call the Sheriff Facility Kings County Sheriff a issue court orders

Charles Fordjour
37666- B6 B80
Kings County Jail
P.O. Box 1699
Hanford, CA 9323[?]

April 28, 2008

Attn: Richard W. Wieking Clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Please Notify Hon. Judge Thelton Henderson of my Kidnapping and False Imprisonment and obstruction of Justice/chilling of First Amend.

Re: (1) C 07- 02111 MMC
    (2) C 07- 02981 MMC
    (3) C 07- 01446 MMC

Subject: "Emergency Request for Docket Sheets and Forms

Dear Clerk:
Please be advised that I was Snatched and Kidnapped from Santa Clara County via CDCR and set to Kings County Jail. I am in False Imprisonment. I have not received any of my mails since March 2008 to the present. Please send me the following Forms: (1) petition for writ of Habeas Corpus, 28 USC § 2241
(2) petition for writ of Habeas Corpus 28 USC § 2255
(3) Civil Rights complaint forms, 42 USC § 198[?]
(4) Standard form 95- Federal Tort claims Form
(5) Docket Sheets in All Above Cases.
Please Respond ASAP. Respectfully, Charles Fordjour



Charles Furlow
37666-BG880
Kings County Jail
P.O. Box 1699
Hanford, CA 93232

EXTREMELY
URGENT
CONFIDENTIAL

LEGAL MAIL

Mailed: April 28, 2008   9410243661

Richard W. Wieking, Clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RECEIVED
MAY 7 2008

FILED
MAY 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA