FILED
08 JUN 19 PM 1:31
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Charles For Bruy
37666-B6 B80
Kings County Jail
P.O. Box 1699
Hanford, CA 93230

May 08, 2008

Attn: Richard W Wieking, clerk
The Clerk of the Court
United States District Court
Northern District of California
1300 Clay Street, South
Oakland, California

Subject: "Emergency Request for Forms' And Docket
SHEETS OF ALL PENDING CASES"

RE: (1) CV 07-02111 MMC
(2) CV 07-02981 MMC
(3) CV 07-01446 MMC
(4) CV 07-3044 MMC

Dear Clerk:

Please I am Requesting for the Docket Sheets of ALL the Above Cases and for Forms on Emergency Basis I am unable to comply with pending court orders I have been deprived and denied all my Legal Materials when I was improperly transferred to Kings County Jail.

(a) petition for writ of Habeas corpus, 28 USC § 2254
(b) petition for writ of Habeas corpus, 28 USC § 2241
(c) Civil Rights complaint Form, 42 USC §1983 / IFP
(d) Standard Form 95 - Federal Tort Claim Act Form.

Please Respond ASAP   Respectfully, Charles For Bruy
                                        Petitioner In Pro Per

