For your
37663- B6 B20
Kings County Jail
P.O. Box 1679
Hanford, CA 93230
Tel # (559) 582-3211

RECEIVED
FILED
US AUG AUG -5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

July 30, 2008

Attn: Richard W. Wieking, clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: (1) Charles Fordjour v. Robert L. Ayers, Jr. et al.
U.S. District Court Case N°: CV-07-02111 MMC

(2) Charles Fordjour v. Washington Mutual Bank et al
U.S. District Court Case N°: CV-07-01446 MMC

(3) Charles Fordjour v. Robert Mueller, III, Director of FBI etc
U.S. District Court Case N°: CV-08-3162 MMC

(4) Charles Fordjour v. Robert L. Ayers Et al.
U.S. District Court Case N°: CV-07-02981 MMC

Subject: "Emergency Motion for Status and for complete docket
Sheets in All above cases."

Dear Clerk:

Please Note, I am motioning for Status on All above
Cases and Requesting for complete docket sheets, please. Respectfully,
Respectfully, Charles Fordjour - Petitioner in Pro Per.

